**Hogan Lovells**

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

April 2, 2014

*VIA ECF*

The Honorable Allan L. Gropper
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 617
New York, New York 10004

*Re:*    **In re Mota, Case No. 10-13989 (ALG)**

Dear Judge Gropper:

Pursuant to Rule 2090-1 of the Local Rules of this Court, please accept the withdrawal of my notice of appearance, as counsel for Secured Creditor Wells Fargo Bank, N.A. ("Wells Fargo") in the above-referenced matter.

David Dunn and Nicole Schiavo, a partner and associate at Hogan Lovells US LLP, respectfully, have been responsible for this matter, and both attorneys will continue to represent Wells Fargo here. I seek to withdraw as counsel so the record accurately reflects that Mr. Dunn and Ms. Schiavo are attorneys of record for Wells Fargo in this case.

As to the status of the action, a hearing on a pending motion is scheduled in the related case, *Mota v. Wells Fargo Bank, N.A.*, Case No. 13-01553, for April 8, 2014 and a trial is scheduled for April 22, 2014, which will be handled by Mr. Dunn and Ms. Schiavo. I respectfully submit that the withdrawal of my notice of appearance will not prejudice or delay either action.

Thank you for your consideration.

Respectfully submitted,

Allison Schoenthal
Partner
Allison.schoenthal@hoganlovells.com
D +1 212 918 3647

So ordered:

_____

United States Bankruptcy Judge

cc:    Linda Tirelli, Esq. attorney for Debtor Carlos Mota (via ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi Alicante Amsterdam Baltimore Beijing Berlin Boulder Brussels Caracas Chicago Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Warsaw Washington DC Associated offices: Budapest Jeddah Riyadh Zagreb